

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**LISA M. RICHARDSON**
*Assistant Corporation Counsel*
phone: (212) 442-0832
fax: (212) 788-9776
email: lrichard@law.nyc.gov

September 9, 2010

BY ECF
Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

Re:  Perez v. 83rd Precinct Police Officers, et. al., 10 CV 3750 (DLI)(LB)

Dear Magistrate Judge Bloom:

I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, and the attorney assigned to the above-referenced matter in which the City of New York is not a named defendant. On August 19, 2010 Your Honor issued an Order pursuant to Valentin v. Dinkins, 121 F.3d 72 (2d Cir. 1997), which directed this office to ascertain the full names and service addresses of the officers involved in the incident alleged in plaintiff's complaint. On September 1, 2010, this office responded to the Valentin Order by providing the full name and service address for one of the officers involved in plaintiff's arrest. On that same date this office informed the Court that, upon information and belief, the arrest and criminal prosecution that is the subject of plaintiff's present case, is currently pending in Kings Supreme Criminal Court. Accordingly, this office requested a stay of this matter until resolution of the underlying criminal charges.

On September 2, 2010, Your Honor denied this office's request for a stay without prejudice, indicating that this office could renew its request once all of the John Doe defendants have been identified and served. This office just received notice of Your Honor's Order on September 7, 2010 via an ECF bounce. Accordingly, this office respectfully requests that it be given thirty (30) days, until October 11, 2010, to attempt to identify the remaining John Doe officers.

Thank you for your consideration in this regard.

Respectfully submitted,

*Lisa M. Richardson*
Lisa M. Richardson
Assistant Corporation Counsel
Special Federal Litigation Division

cc: BY MAIL
Pedro Perez Jr.
*Plaintiff Pro Se*
B+C # 9001000513
O.B.C.C.
1600 Hazen Street
East Elmhurst, NY 11370

2